T. H. REYNOLDS CONTRACTING COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of MARY BONKENBURG, Appellant, v. GARRETT BONKENBURG, Respondent.— Order unanimously reversed and motion denied. (See *Matter of Kane* v. *Necci*, 269 N. Y. 13; *People* v. *Rogers*, 248 App. Div. 141; affd., 272 N. Y. 206, Nov. 17, 1936, and Domestic Relations Court Act [Laws of 1933, chap. 482], § 58.) Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of CHARLES W. BEALL, Respondent, for an Order Directing LOUIS MARTIN LEVY, Appellant, an Attorney, to Render an Accounting, to Turn over Certain Papers and Records and to Turn over Certain Moneys to Petitioner.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of ALICE CRUGER HASELL, an Incompetent. JAMES H. SHARP, Ancillary Committee of the Property of ALICE CRUGER HASELL, Incompetent, Appellant; STAMFORD TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

DAVID CRYSTAL, INC., Respondent, v. ROSE KOENIGSBERG (Also Known as ROSE BERSHAD), Individually, and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ROSA FUSARINI, Respondent, v. FRANK G. SHATTUCK Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, on condition that plaintiff have cause restored to the calendar for the February term, 1937. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

NATE ROBINSON, Appellant, v. DALLAS E. WINSLOW, INCORPORATED, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ARLINE BENNETT SCHLEY, Respondent, v. HENRY S. SCHLEY, JR., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ELECTROLUX, INC., Respondent, v. JOHN B. KEPNER and Another, Appellants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

AMERICAN UNION BANK, Respondent, v. BROADWAY JOHN STREET CORPORATION and ELIAS A. COHEN, Appellants.— Order unanimously modified by directing the substituted plaintiff to serve a supplemental complaint, with leave to the defendants to plead with respect thereto, the case to retain its present position on the calendar, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.